James MARCELLO; Olivia Marcello,
Plaintiffs, Appellants,

v.

State of MAINE DEPARTMENT
OF HUMAN SERVICES,
Defendant, Appellee.

No. 01–2098.

United States Court of Appeals,
First Circuit.

Nov. 19, 2001.

James C. Marcello and Olivia A. Marcello on brief, pro se.

G. Steven Rowe, Attorney General, and Andrew S. Hagler, Assistant Attorney General, on brief, for appellee.

Before BOUDIN, Chief Judge, CAMPBELL, Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the magistrate judge's recommended decision, dated June 26, 2001, and affirmed by the district court on July 6, 2001.

*Affirmed.*